IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GLANCY, an individual, | Case No. 1:12-CV-01486-LJO-SMS |
| Plaintiff, | **ORDER TO SEAL OR, ALTERNATIVELY REDACT THE SETTLEMENT CONFERENCE TRANSCRIPT** |
| v. | |
| DNC PARKS & RESORTS AT YOSEMITE, INC., a Delaware Corporation, | |
| Defendant. | Complaint Filed:   September 26, 2012 |

Before the Court is the Request to Seal, or Alternatively Redact, the Settlement Conference Transcript [Docket Entry #25].   The Request is **GRANTED**.  The clerk is directed to permanently seal the settlement conference transcript [Docket Entry #23] in its entirety.

IT IS SO ORDERED.

Dated:   **October 16, 2013**          **/s/ Sandra M. Snyder**
                                                                  UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order to Redact/Seal Certain Portions of Transcript
Case No. 1:12-cv-01486-LJO-SMS
DWT 22733442v1 0081365-000019