IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GLANCY, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 1:12-CV-01486-LJO-SMS<br><br>**ORDER TO SEAL OR, ALTERNATIVELY REDACT THE SETTLEMENT CONFERENCE TRANSCRIPT**<br><br>Complaint Filed:   September 26, 2012 |

Before the Court is the Request to Seal, or Alternatively Redact, the Settlement Conference Transcript [Docket Entry #25].   The Request is **GRANTED**.  The clerk is directed to permanently seal the settlement conference transcript [Docket Entry #23] in its entirety.

IT IS SO ORDERED.

Dated:   **October 16, 2013**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1

[Proposed] Order to Redact/Seal Certain Portions of Transcript
Case No. 1:12-cv-01486-LJO-SMS
DWT 22733442v1 0081365-000019