UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GLANCY, | CASE NO. CV F 12-1486 LJO SMS |
| Plaintiff, | **ORDER TO DENY DISMISSAL** (Doc. 27.) |
| vs. | |
| DNC PARKS & RESORTS AT YOSEMITE, INC., | |
| Defendant. | |

    Plaintiff filed his October 23, 2013 papers to attempt to dismiss this action. Plaintiff's papers fail to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by a defendant who has appeared. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court will entertain a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and ORDERS the parties, no later than October 30, 2014, to file such stipulation and proposed order to dismiss. This Court ADMONISHES the parties to obey the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

   Dated: __October 24, 2013__              __/s/ Lawrence J. O'Neill__
                                                         UNITED STATES DISTRICT JUDGE

1