UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GLANCY, | CASE NO. CV F 12-1486 LJO SMS |
|           Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 29.) |
|   vs. | |
| DNC PARKS & RESORTS AT YOSEMITE, INC., | |
|           Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **October 31, 2013**            **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE