UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW GLANCY,                           CASE NO. CV F 12-1486 LJO SMS

                    Plaintiff,            **ORDER TO DISMISS AND CLOSE ACTION**
                                          (Doc. 29.)
        vs.

DNC PARKS & RESORTS AT
YOSEMITE, INC.,

                    Defendant.

_____/

        Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

        1.      DISMISSES with prejudice this entire action and all claims;

        2.      VACATES all pending dates and matters; and

        3.      DIRECTS the clerk to close this action.


IT IS SO ORDERED.

    Dated:    **October 31, 2013**                **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

1